UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMALJIT K. GOSAL, | No. 2:18-cv-00908-JAM-AC |
| Plaintiff, | |
| v. | ORDER |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |

This matter is before the undersigned pursuant to Local Rule 302(c)(21) on plaintiff's motion for a 5 day extension of time to respond to defendant's motion to dismiss. ECF No. 15. On April 20, 2018, defendant moved to dismiss plaintiff's case. ECF No. 5. The hearing was scheduled for June 6, 2018. ECF No. 8. Plaintiff failed to respond to the motion. On May 24, 2018, the court issued an order for plaintiff to show cause, requiring plaintiff to file an opposition or statement of non-opposition by May 30, 2018. ECF No. 12 at 2. The court warned plaintiff that failure to make a failing would be considered a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff did not respond to the court's order to show cause or file an opposition to defendant's motion; instead, she filed a motion for a temporary restraining order the day after her response was due. ECF No. 13. On June 1, 2018, plaintiff filed the motion for extension of time

1

at bar, stating she "just became aware of the May 30, 2018 deadline" to respond to defendant's motion. ECF No. 15 at 1. As a preliminary matter, the court notes that failure to maintain an awareness of court deadlines is no excuse for failing to meet those deadlines. Nonetheless, in the interest of judicial efficiency, the court GRANTS plaintiff's motion and extends the deadline for plaintiff to oppose defendant's motion to dismiss to June 8, 2018.

The hearing currently set for June 13, 2018 at 10:00 AM will remain on calendar. Defendant may submit a reply brief no later than June 12, 2018. The court recognizes it is providing defendant less time to reply than is ordinarily provided by the Local Rules. Following the hearing on the merits of defendant's motion, the court will determine whether supplemental briefing from either party is appropriate, and will consider defendant's shortened reply period in making that determination.

In conclusion, it is hereby ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 15) is GRANTED and plaintiff may submit an opposition to defendant's motion to dismiss no later than June 8, 2018;
2. The hearing on defendant's motion to dismiss (ECF No. 5) remains set for June 13, 2018 at 10:00 AM in Courtroom 26 (AC); and
3. Defendant may file a reply brief no later than June 12, 2018.

IT IS SO ORDERED.

DATED: June 4, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE