UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMALJIT K. GOSAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Defendant. | No. 2:18-cv-00908-JAM-AC (PS)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER** |

　　　Kamaljit K. Gosal ("Plaintiff") is proceeding in this action pro se. This matter is before the Court on Plaintiff's second Motion for a Temporary Restraining Order (TRO). ECF No. 13. For the reasons stated below, Plaintiff's motion is DENIED.

　　　Plaintiff's second motion for a TRO is substantially identical to her first denied motion for a TRO. This second motion for a TRO seeks to prevent the sale of her property, currently scheduled for June 5, 2018. TRO Checklist, ECF No. 13-1, p. 2. Plaintiff's motion is denied because Plaintiff has not shown compliance with Local Rule 231(b). The fact that Plaintiff has previously sought this same relief, unsuccessfully, demonstrates that she could have sought relief by a motion for preliminary injunction at an earlier date without the necessity

1

of seeking last-minute relief by motion for a TRO.

The Court finds Plaintiff unjustifiably delayed seeking relief. Defendant removed this case on April 13, 2018. ECF No. 1. Plaintiff first moved for a TRO on April 23, 2018, ECF No. 9, and then brought this second motion for a TRO on May 31, 2018, ECF No. 13. Plaintiff has not explained why she did not file her motion for a TRO contemporaneously with the removal of the complaint or why she did not file a motion for a preliminary injunction after her first motion for a TRO was denied.

Additionally, a temporary restraining order is not appropriate because plaintiff has not provided all the necessary documents required under Local Rule 231(c), such as an affidavit in support of the existence of an irreparable injury and a provision for a bond within the proposed temporary restraining order. ECF No. 13.

Furthermore, the docket shows that Plaintiff is in non-compliance with the Magistrate Judge's order to file a timely opposition or a Statement of Non-Opposition to the Motion to Dismiss, ECF No. 5, by May 30, 2018. ECF No. 12.

To the extent Plaintiff intends to seek a preliminary injunction, such a motion must be filed in accordance with Local Rule 231(d) and Federal Rule of Civil Procedure 65(a) and must be noticed for an available calendar date.

IT IS SO ORDERED.

Dated: June 4, 2018

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE